FILED
5-6-08
MAY - 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AUSA Samuel B. Cole (312) 353-4258

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Hon. Nan R. Nolan |
| RORY E. VILLEJO | ) | No. 08CR 357 |

The undersigned Affiant personally appeared before <u>NAN R. NOLAN</u>, a United States Magistrate Judge, and being duly sworn on oath, states: That at <u>NORTHERN DISTRICT OF GEORGIA</u>, one <u>RORY E. VILLEJO</u> was charged in an indictment with one count of violation of Section 2422(b) of the United States Code, Title <u>18</u>, for the offense of <u>enticing an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense</u>, and one count of violation of Section 2241(c) of the United States Code, Title <u>18</u>, for the offense of <u>crossing a state line with intent to engage in a sexual act with a person who had not attained the age of 12 years</u> and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

Patrick M. Geahan
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this
___6th day of <u>May, 2008.</u>

NAN R. NOLAN
United States Magistrate Judge

1

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 26 2008

JAMES N. HATTEN, Clerk
By pmW Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

UNITED STATES OF AMERICA

v.

RORY E. VILLEJO

: CRIMINAL INDICTMENT
:
: 4:08-CR-014

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning on or about November 1, 2005, and continuing through on or about November 19, 2005, in the Northern District of Georgia and elsewhere, the defendant, RORY E. VILLEJO, using a facility and means of interstate commerce, that is, a computer attached to the internet, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, O.C.G.A. § 16-6-3, statutory rape, and § 16-6-4, child molestation, and did attempt to do so, in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

On or about November 19, 2005, in the Northern District of Georgia and elsewhere, the defendant, RORY E. VILLEJO, did knowingly cross a state line with the intent to engage in a sexual

act with a person who had not attained the age of 12 years, in violation of Title 18, United States Code, Section 2241(c).

A ___TRUE___ BILL

___

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

*/s/ Wm L McK*
WILLIAM L. MCKINNON, JR.
ASSISTANT UNITED STATES ATTORNEY

Suite 600, Richard B. Russell Bldg.
75 Spring Street
Atlanta, GA 30303
(404) 581-6046
(404) 581-6181 (fax)
Georgia Bar Number 495812

AO 442     (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

__NORTHERN__   District of   __GEORGIA__

UNITED STATES OF AMERICA

V.

RORY E. VILLEJO

**WARRANT FOR ARREST**
**AGENT TO ARREST**

Case Number:  4:08-CR-14-01-HLM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __RORY E. VILLEJO__
                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
Using a facility & means of interstate commerce, that is, a computer attached to the internet, did knowingly persuade, induce, entice, & coerce an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, statutory rape, and child molestation. Did knowingly cross a state line with the intent to engage in a sexual act with a person who had not attained the age of 12 years.

in violation of Title   __18__   United States Code, Section(s)   __2422(b); 2241(c)__

Walter E. Johnson
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

April 1, 2008    USDC-NDGA Rome Division
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

U.S. Department of Justice
United States Attorney
Northern District of Georgia

# United States District Court
NORTHERN DISTRICT OF GEORGIA
Rome Division

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 26 2008

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

United States

v.

RORY E. VILLEJO
**Agent to Arrest**

No. 4:08-CR-014

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_____
WILLIAM L. McKINNON, JR.
Assistant United States Attorney

Filed In Clerk's Office, this _____

of _____, 20 ____

_____
Clerk

By _____
Deputy Clerk

Issued & delivered to USM 4-1-08

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/25/94