## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 357 - 1 | **DATE** | 05/06/08 |
| **CASE TITLE** | USA vs. Rory E Villejo | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Rory E Villejo appears in response to arrest on 05/06/08. Defendant informed of his rights. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Rory E Villejo is the person named in the arrest warrant. Government and Defendant agree on certain conditions of release. Status hearing regarding bond is set for 05/09/08 at 2:30 p.m. before Judge Nolan. Defendant is to appear before the Magistrate Judge Johnson at the U.S. District Court in Rome, Georgia on May 15, 2008 at 1:00 p.m.

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | LXS |
|---|---|---|