**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Rory E Villejo

Case Number:

08 CR 357

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**FILED**
MAY 6 2008
MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

| Field | Entry |
|---|---|
| NAME (Type or print) | THEODORE JOSEPH ADAMS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ T. J. A. |
| FIRM | DELGADO, ADAMS, ROBERTSON & TIERNAN, P.C. |
| STREET ADDRESS | 53 W. JACKSON BLVD, SUITE 1650 |
| CITY/STATE/ZIP | CHICAGO, IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | |
| TELEPHONE NUMBER | 312/786-9680 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☒ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☒ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒     APPOINTED COUNSEL ☐