Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 357 - 1 | **DATE** | 05/09/08 |
| **CASE TITLE** | USA vs. Rory E Villejo | | |

**DOCKET ENTRY TEXT**

Status hearing held regarding posting of bond paper-work. Defendant directed to post secured bond (property) with the Clerk's office.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|