**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,
CLERK**

OFFICE OF THE CLERK
May 12, 2008

Northern District of Georgia
600 East First Street
#304
Rome, Georgia 30161

FILED
5-12-08
MAY 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: U.S. -v- Villejo

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

_X_ Docket Sheet,
　　Case No.: 08 CR 357

_X_ Order of Removal dated: 5/6/08

X　Affidavit in Removal

____ Final Commitment Proceedings

____ Financial Affidavit

____ Temporary Commitment

____ Order appointing counsel

X　Order setting conditions of release

____ CJA 20 Form

____ Detention Order

____ Appearance form　　X　Appearance Bond

____ Other(see docket for entries):

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Laura Springer
　　Deputy Clerk