**FILE COPY**

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
May 12, 2008

**RECEIVED IN CLERK'S OFFICE**
U.S.D.C. Rome

Northern District of Georgia
600 East First Street
#304
Rome, Georgia 30161

*4:08-cR-14-HLM*

MAY 15 2008

**Re: U.S. -v-    Villejo**

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | |
|---|---|---|
| _X_ Docket Sheet, Case No.: (08 CR 357) | _X_ Order of Removal dated: 5/6/08 |
| X  Affidavit in Removal | ____ Final Commitment Proceedings |
| ____ Financial Affidavit | ____ Temporary Commitment |
| ____ Order appointing counsel | X  Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| ___ Appearance form | X  Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

**FILED**
MAY 20 2008 TC
5-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

by: Laura Springer
    Deputy Clerk